**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION**

| | |
|---|---|
| **AVCO CORPORATION,**<br>**a Delaware corporation,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**MARVEL-SCHEBLER AIRCRAFT**<br>**CARBURETORS LLC**<br>**f/k/a VOLARE CARBURETORS, LLC,**<br>**a North Carolina Limited Liability Company,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)  **Civil Action No. _____**<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 (CIVIL ACTION)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, who is Avco

Corporation, makes the following disclosure:

    1.    Plaintiff is a non-governmental corporate entity.

    2.    Plaintiff's parent corporation is Textron, Inc.

    3.    The only publicly-held corporation that owns 10% or more of Plaintiff's stock is

Textron, Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil

Procedure, it must promptly file a supplemental statement upon any change in the information

that this statement requires.

Dated this 29th day of September, 2010.

By:     /s/ Sabrina Mizrachi
        Brian T. Feeney
        Attorney Identification No. 78574
        Sabrina Mizrachi
        Attorney Identification No. 209654
        GREENBERG TRAURIG, LLP
        2700 Two Commerce Square
        2001 Market Street
        Philadelphia, PA 19103
        Tel:  (215) 988-7800
        Fax:  (215) 988-7801

        And

        Of Counsel:

        Paul F. McQuade
        Steven J. Wadyka, Jr.
        Janet Shih Hajek
        GREENBERG TRAURIG, LLP
        2101 L Street, N.W., Suite 1000
        Washington, D.C. 20037
        Tel: (202) 331-3100
        Fax: (202) 331-3101

        Attorneys for Plaintiff
        AVCO CORPORATION